UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-153-F

ROBERT GENE BAILEY                    )
          Plaintiff,                  )
                                      )
     v.                               )          O R D E R
                                      )
STEVEN BUTLER, SR., et al.,           )
          Defendants.                 )

          This matter is before the court for consideration of the Magistrate Judge's

May 6, 2009, Memorandum and Recommendation (M&R) [DE-8].  The plaintiff, Robert

Gene Bailey filed a timely "Objection" [DE-9] thereto.

          Rule 72(b), FED R CIV. P. provides in pertinent part that "a party may serve

and file specific, written objections to the proposed findings and recommendations"

contained in an M&R.  Thereafter, the district judge "shall make a de novo

determination . . . of any portion of the [M&R] to which specific written objection has

been made."  Objections must be filed within ten days of service of the M&R.  *See* Rule

72(b), FED. R. CIV. P.

          The court has conducted a careful independent review of the record in this

matter and concurs with the Magistrate Judge's analysis contained in his M&R.  The

court, therefore, has reached the *de novo* determination that the M&R is correct and in

accordance with the law.

Accordingly, the court ADOPTS the Magistrate Judge's M&R, and hereby ORDERS that this action is DISMISSED as FRIVOLOUS for the reasons cogently stated in the M&R. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 11th day of June, 2009.

JAMES C. FOX
Senior United States District Judge